# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 3:09cr62

v.

JEFFREY POOLER,

        Defendant.

## ORDER

The above-captioned case is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice to the docket of The Honorable Thomas M. Rose.

IT IS SO ORDERED.

March 18, 2019

                              WALTER H. RICE, JUDGE
                              UNITED STATES DISTRICT COURT