# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-

        Case No. 3:09-CR-62

        District Judge Thomas M. Rose

**JEFFREY D. POOLER,**

        **Defendant.**

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on April 10, 2019, the Defendant appeared with Counsel, and entered an admission to Violation #1 as alleged by the U.S. Probation Department in an amended petition filed March 18, 2019. All remaining violations were withdrawn. The Court accepted the admission and found that the Defendant had violated the conditions of his supervised release and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months to run concurrent to Case No. 3:18-cr-137. The sentence will not be followed by any period of supervised release as to this case number only.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: April 10, 2019

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT